UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP BURTON HAUSKEN,

                Plaintiff,

    v.

D LEWIS et al.,

                Defendants.

CASE NO. C12-5882 BHS-JRC

ORDER DENYING A MOTION FOR RECONSIDERATION

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

      Plaintiff has filed a motion asking the Court to reconsider a ruling by this Magistrate Judge denying injunctive relief and monetary relief (ECF No. 34). On February 7, 2013, this Court entered a Report and Recommendation to deny injunctive relief and grant defendants qualified immunity from damages (ECF No. 21). The District Court has not yet entered an order

1 adopting or rejecting that Report and Recommendation. Thus, plaintiff's motion addresses an
2 order that does not exist. The motion is DENIED.

   Dated this 11th day of June, 2013.

   J. Richard Creatura
   United States Magistrate Judge