1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

| | |
|---|---|
| PHILLIP BURTON HAUSKEN,<br><br>           Plaintiff,<br><br>    v.<br><br>D LEWIS et al.,<br><br>           Defendants. | CASE NO. C12-5882 BHS-JRC<br><br>ORDER DENYING A MOTION FOR RECONSIDERATION |

      The District Court has referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge, J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

      Plaintiff has filed a motion asking the Court to reconsider a ruling by this Magistrate Judge denying injunctive relief and monetary relief (ECF No. 34). On February 7, 2013, this Court entered a Report and Recommendation to deny injunctive relief and grant defendants qualified immunity from damages (ECF No. 21). The District Court has not yet entered an order

1  adopting or rejecting that Report and Recommendation. Thus, plaintiff's motion addresses an
2  order that does not exist. The motion is DENIED.

3

4         Dated this 11th day of June, 2013.

5

6         _____
           J. Richard Creatura
7          United States Magistrate Judge