UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILLIP BURTON HAUSKEN,<br><br>                Plaintiff,<br><br>    v.<br><br>D LEWIS et al.,<br><br>                Defendants. | CASE NO. C12-5882 BHS-JRC<br><br>ORDER TO SHOW CAUSE |

    The District Court has re-referred this 42 U.S.C. § 1983 civil rights action to United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A) and (B), and Magistrate Judge Rules MJR3 and MJR4.

    Plaintiff's action for injunctive relief survived defendant's motion to dismiss (ECF No. 40). The case was remanded to this Court for further proceedings on September 12, 2013. Defendants have failed to file a timely answer to plaintiff's complaint. Plaintiff has the burden of moving the case forward by bringing a motion for default judgment pursuant to Rule 55(b)(2).

    Because plaintiff has the burden to prosecute his action, the Court orders plaintiff to move the case forward or show cause why this action should not be dismissed for failure to

1 | prosecute. Plaintiff has until December 13, 2013 to respond to this order. Failure to respond will
2 | result in a Report and Recommendation that this action be dismissed for failure to prosecute.
3 |     Dated this 5th day of November, 2013.

                                                                                   /s/ J. Richard Creatura
                                                                                    J. Richard Creatura
                                                                                    United States Magistrate Judge