UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP BURTON HAUSKEN,

          Plaintiff,

v.

D. LEWIS, et al.,

          Defendants.

CASE NO. C12-5882 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 76. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**.

(2)     The Court grants Defendants' motions for summary judgment and denies Plaintiff's motion to modify the Court's prior rulings. This action is dismissed with prejudice.

Dated this 29th day April, 2015.

                                        BENJAMIN H. SETTLE
                                        United States District Judge

ORDER